# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 14, 2016

By ECF and E-Mail

Hon. Cheryl Pollak
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ana Espinal
                11 Cr. 537-JMA-CLP

Dear Judge Pollak:

      I write to convey a concern that has arisen about potential retaliation against female inmates at MDC Brooklyn who wish to raise issues about the conditions of their confinement. Several reports have been made to our office over the last week of derogatory remarks by MDC staff to female inmates regarding judges and Federal Defenders "meddling" in MDC business, and of staff at the MDC opening female inmates' legal mail outside the inmates' presence.

                                              Respectfully Submitted,

                                              /s

                                              Deirdre D. von Dornum
                                              Attorney-in-Charge
                                              (718) 330-1210

Cc:    AUSA Taryn Merkl

         Steven Zissou, Esq.

         Nicole McFarland, Esq.  MDC Legal Department